IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PAMELA S. HOOKHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has requested early release from her conditions of supervised release. I am informed that the defendant recognizes that even if I terminate her conditions of supervised release, her restitution obligation will continue. After consulting with the United States Probation Officer and the Assistant United States Attorney who prosecuted this case, and finding that they have no objection,

IT IS ORDERED that the defendant's period of supervised release is terminated herewith. The Probation Officer is ordered to provide the defendant with a copy of this memorandum and order.

June 5, 2007.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge